UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2012 MAR 15 AM 11: 32
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

LINDA POWELL,

        Plaintiff,                    Case No.: 3:10-cv-154-J-20JRK

vs.

WYETH, INC., et al.

        Defendants.
_____/

## ORDER

This cause is before this Court on the parties' Notice of Settlement (Doc. 62, filed March 12, 2012). Pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 15 day of March, 2012.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Brian Kabateck, Esq.
Jeffrey M. Ostrow, Esq.
Lina Melidonian, Esq.
Richard L. Kellner, Esq.
Shawn Khorrami, Esq.
Steve Faries, Esq.
Daniel F. Molony, Esq.
David S. Johnson, Esq.
Hildy M. Sastre, Esq.
James F. Rogers, Esq.
Julie A. Flaming, Esq.
Melissa Foster Bird, Esq.
Scott William Anderson, Esq.
Terri L. Parker, Esq.